Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Rayne A. Brown (State Bar No. 342011)
Ferraro Vega Employment Lawyers, Inc.
3160 Camino del Rio South, Suite 308
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 fax
nick@ferrarovega.com / lauren@ferrarovega.com

*Attorneys for Plaintiff Samantha Mendez*

Additional Counsel on Next Page

# UNITES STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MENDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AE RETAIL WEST LLC;<br>AE OUTFITTERS RETAIL CO.;<br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>　　　　　Defendants. | Case No. 23-cv-0269-CAB-JLB<br><br>**<u>CLASS ACTION</u>**<br><br>**Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to Fed. R. Civ Proc. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 10, 2023 |

Allison Wallin (State Bar No. 313185)
Littler Mendelson P.C.
2049 Century Park East 5th Floor
Los Angeles, California 90067
(310) 553-0308 main / (800) 715-1330 fax
awallin@littler.com

Jocelyn D. Hannah (State Bar No. 224666)
Littler Mendelson, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
(619) 232-0441 main /  (619) 232-4302 fax
jhannah@littler.com

*Attorneys for Defendants AE Retail West LLC and American Eagle Outfitters, Inc.*

Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to
Fed. R. Civ. Proc. 41(a)(1)(A)(ii)

## STIPULATION OF DISMISSAL

Plaintiff Samantha Mendez ("Plaintiff") and Defendants AE Retail West LLC and American Eagle Outfitters, Inc. (collectively, "Defendants") jointly stipulate to dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties hereby stipulate to dismiss this action as follows:

### DISMISSAL

1.      The Parties hereby stipulate to dismiss this action pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(ii), which provides, "subject to Rule[] 23(e) … and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: … a stipulation of dismissal signed by all parties who have appeared."

2.      Rule 23(e) governing certified classes and classes proposed to be certified does apply, as "prior to certification" a named plaintiff may dismiss claims on behalf of a putative class under Rule 41(a)(1) because "Rule 23(e) does not provide the district court with any supervisory authority over such dismissals, nor does it require notice to the absent class members." *Ripley v. Bridgestone Retail Ops., LLC.*, No. C09-1482 RSM, 2010 WL 11684294, at *2 (W.D. Wash. Sept. 2, 2010) (citing Moore's Federal Practice 3d, § 23.64[2][a] (2007)); *see also Richey v. GetWellNetwork, Inc.*, No. 20-cv-2205-BEN-BLM, 2021 WL 424281, at *3 ("Because no class has been certified in this case, Rule 23 does not mandate either court approval of the instant settlement or notice to putative class members" [quoting *Allred v. Chicago Title Co.*, No. 19CV2129-LAB (AHG), 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020)]).

3.      Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).

4.      No class members' rights will be impacted by the dismissal of this Federal Action without prejudice.

- 2 -                                    Case No. 23-cv-0269-CAB-JLB
Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to
Fed. R. Civ. Proc. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be dismissed by Plaintiff in its entirety without prejudice.

The Parties respectfully request the Court to issue a minute order dismissing the action without prejudice and directing the Clerk to close the case.

Respectfully submitted,

Dated: March 14, 2023              Ferraro Vega Employment Lawyers, Inc.


                                   */s/ Nicholas J. Ferraro*
                                   Nicholas J. Ferraro
                                   Attorney for Plaintiff

Dated: March 14, 2023              Littler Mendelson P.C.


                                   */s/ Allison S. Wallin*
                                   Allison S. Wallin
                                   Jocelyn D. Hannah
                                   Attorneys for Defendants

Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to
Fed. R. Civ. Proc. 41(a)(1)(A)(ii)

1

## **ECF ATTESTATION**

2       I hereby attest that concurrence in the filing of this document has been obtained

3 from signatory Allison S. Wallin.

4

5              Ferraro Vega Employment Lawyers, Inc.

6

7              */s/ Nicholas J. Ferraro*

             Nicholas J. Ferraro

8              Attorney for Plaintiff Samantha Mendez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to
Fed. R. Civ. Proc. 41(a)(1)(A)(ii)